# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

| | |
|---|---|
| CHRISTOPHER COY GAMBLE<br>ADC #133245 | PLAINTIFF |
| v. | 4:24CV00042-JM-JTK |
| PHILLIP MILLER, et al. | DEFENDANTS |

## ORDER

Christopher Coy Gamble's ("Plaintiff") Motion for Status Update (Doc. No. 30) is GRANTED. The Clerk of the Court is directed to send Plaintiff a copy of the docket sheet in this case along with a copy of this Order.

IT IS SO ORDERED this 12th day of July, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE