IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER COY GAMBLE**                                                    **PLAINTIFF**
**ADC #133245**

v.            **CASE NO: 4:24-cv-00042-JM-JTK**

**PHILLIP MILLER, et al.**                                                      **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. After carefully considering the defendants' timely objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Defendants' Motion for Summary Judgment on the issue of exhaustion (Doc. No. 21) is DENIED.

IT IS SO ORDERED this 6th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE