## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CHRISTOPHER COY GAMBLE**                                                          **PLAINTIFF**
**ADC #133245**

**v.**                                   **CASE NO: 4:24-cv-00042-JM-JTK**

**PHILLIP MILLER, et al.**                                                          **DEFENDANTS**

## <u>ORDER</u>

Based on the parties' joint stipulation of dismissal (Doc. 78), this case is dismissed with prejudice.

IT IS SO ORDERED this 5th day of February, 2026.


_____
UNITED STATES DISTRICT JUDGE