### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CHRISTOPHER COY GAMBLE**                                                    **PLAINTIFF**
**ADC #133245**

**v.**                            **CASE NO: 4:24-cv-00042-JM-JTK**

**PHILLIP MILLER, et al.**                                                    **DEFENDANTS**

### JUDGMENT

Pursuant to the order entered this day, the plaintiff's complaint is dismissed with prejudice,

and this case is closed.

IT IS SO ORDERED this 5th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE